# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TOTAL PROPERTY RESOURCES, LLC | Case No. 2:23-cv-03829 |
| Plaintiff, | Judge Algenon L. Marbley |
| | Magistrate Judge Kimberly A. Jolson |
| EVANSTON INSURANCE COMPANY | |
| Defendant. | |

## EVANSTON INSURANCE COMPANY'S STATUS REPORT REGARDING APPRAISAL

Defendant Evanston Insurance Company ("Evanston"), through counsel, in accordance with this Court's February 26, 2024 Stipulated Order Granting Motion to Compel Appraisal and Stay Litigation (Doc. 11), respectfully submits the following status report regarding appraisal.

Plaintiff Total Property Resources, LLC ("TPR") appointed Rob Fickert as its appraiser, and Evanston appointed Scott Warren as its appraiser. After several months of delay in TPR producing court-ordered documentation of repairs and payment, Mr. Warren believes that the body of documentation that has been produced to date is what will be considered by the panel. The appraisers are working through that documentation together and will submit their differences to the umpire.

Accordingly, the review and appraisal process continues, and the appraisal panel has yet to issue a final award.

The parties will provide another status report to the Court on or before April 28, 2025, if a final award has not been rendered by the appraisal panel prior that date.

Respectfully submitted,

*/s/ David A. Lockshaw Jr.*
David A. Lockshaw Jr. (0082403)
DICKINSON WRIGHT PLLC
180 E. Broad St., Ste. 3400
Columbus, OH 43215
Tel: (614) 744-2945
Fax: (844) 670-6009
dlockshaw@dickinson-wright.com
*Counsel for Evanston Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2025, the foregoing was filed via the Court's electronic filing system, and notice of this filing will be sent to all parties by operation of the Court's electronic system and the filing may be accessed through that system.

*/s/ David A. Lockshaw, Jr.*
David A. Lockshaw, Jr. (0082403)